**ROBERT K. DAKIS, ESQ**
7 Mercer Street, 2nd Floor
New York, New York 10013
*Attorney for Churchill QPS Lender LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                    Chapter 11

**AAGS HOLDINGS LLC,**                                    Case No: 19-13029-smb

                Debtor.
-----------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF MOTION OF CHURCHILL QPS LENDER LLC TO REOPEN THIS CHAPTER 11 CASE, REQUIRE COMPLIANCE WITH THE CHAPTER 11 PLAN AND CONFIRMATION ORDER, AND DIRECT DEBTOR TO SURRENDER PROPERTY TO EXIT LENDER

**PLEASE TAKE NOTICE** that the Churchill QPS Lender hereby withdraws its *Motion To Reopen This Chapter 11 Case, Require Compliance With The Chapter 11 Plan And Confirmation Order, And Direct Debtor To Surrender Property To Exit Lender* [Docket No. 62].

Dated: New York, New York                    ROBERT K. DAKIS, ESQ.
       April 26, 2021

                                            By:    /s/ *Robert K. Dakis*
                                                    7 Mercer Street, 2nd Floor
                                                    New York, NY 10013
                                                    Telephone: 908-310-4356
                                                    rd@churchillre.com